UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JENNIFER WOOD,

      Plaintiff,

v.

      Case No.

TRANSWORLD SYSTEMS INC.,

      Defendant.

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, Transworld Systems, Inc. (TSI), and hereby removes from the Supreme Court of the State of New York, County of Rensselaer, the following described lawsuit, and respectfully shows:

1. TSI is the only defendant in the civil action filed by plaintiff, Jennifer Wood, in the Supreme Court of the State of New York, County of Rensselaer, captioned as *Jennifer Wood v. Transworld Systems, Inc.*, Case No. 229526 (hereinafter the "State Court Action").

2. Pursuant to 28 U.S.C. §§ 1441 and 1446, TSI removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3. The complaint in the State Court Action (hereinafter the "State Court Action Complaint") asserts claims under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692, *et seq.*

1

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original federal question jurisdiction over plaintiff's FDCPA claims per 28 U.S.C. § 1331 and 15 U.S.C. § 1692k.

5. TSI was served with the State Court Action Complaint on July 1, 2009. This Notice of Removal is filed within 30 days of receipt of the State Court Action Complaint by TSI and is, therefore, timely filed under 28 U.S.C. § 1446(b).

6. A copy of all process, pleadings and orders in the State Court Action that TSI has received is being filed with this Notice and is attached hereto as Exhibit A.

WHEREFORE, Transworld Systems, Inc., removes the case styled *Jennifer Wood v. Transworld Systems, Inc.*, Case No. 229526, from the Supreme Court of the State of New York, County of Rensselaer, on this 31st day of July 2009.

Respectfully Submitted,

Melissa J. Smallacombe, Esq.
Ryan & Smallacombe, PLLC
100 State Street, Suite 800
Albany, New York 12207
Telephone: (518) 449-5501
Facsimile: (518) 449-5517
Bar Roll No.: 102623
Attorneys for Defendant,
Transworld Systems, Inc.

\\sfnfs02\scans\TSI Litigation (9266)\Wood, Jennifer (9266-09-24812)\Pleadings\Notice of Removal.doc