UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JENNIFER WOOD, :
:
Plaintiff, :
:
v. : Case No.
:
TRANSWORLD SYSTEMS INC., :
:
Defendant. :

## DEFENDANT, TRANSWORLD SYSTEMS, INC.'S, RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Transworld Systems, Inc. (TSI), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. TSI is a subsidiary corporation owned by NCO Group, Inc, a Delaware corporation. Various corporate affiliates of Citigroup Inc. own approximately 7% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

Respectfully submitted,

Respectfully Submitted,

*[signature]*

Melissa J. Smallacombe, Esq.
Ryan & Smallacombe, PLLC
100 State Street, Suite 800
Albany, New York 12207
Telephone: (518) 449-5501
Facsimile: (518) 449-5517
Bar Roll No.: 102623
Attorneys for Defendant,
Transworld Systems, Inc.

N:\TSI Litigation (9266)\Wood, Jennifer (9266-09-24812)\Pleadings\TSI Corporate Disclosure Statement.doc

2